■ In the Matter of FRANTZ POYAU, a Suspended Attorney. [675 NYS2d 481] —Motion to disbar respondent deemed withdrawn, and, *sua sponte,* respondent reinstated as an attorney and counselor-at-law in the State of New York effective immediately, and the matter remanded to the Departmental

Disciplinary Committee for the First Judicial Department for further proceedings. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ.